Ray D. Hacke, OSB No. 173647
PACIFIC JUSTICE INSTITUTE
1850 45th Ave. NE, Suite 33
Salem, OR 97305
(503) 917-4409 Phone
E-mail: rhacke@pji.org

Attorneys for Plaintiff
BRENNA RILEY

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BRENNA RILEY, An Individual<br><br>Plaintiff,<br><br>v.<br><br>ST. CHARLES HEALTH SYSTEM, INC., A Public Benefit Corporation, KRISTI DURR, An Individual, CHRISTINE DURAN, An Individual, and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 6:23-CV-00583-MC<br><br>**MOTION TO DISMISS CASE WITH PREJUDICE [Fed. R. Civ. P. 41(a)(2)]** |

Plaintiff BRENNA RILEY, having decided to pursue a cause of action against Defendant ST. CHARLES HEALTH SYSTEM, INC. in state court rather than federal court, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby voluntarily moves to dismiss this case with prejudice as to all Defendants.

Plaintiff's counsel hereby certifies that he met and conferred with opposing counsel via both telephone and e-mail prior to filing this unopposed motion.

Dated: May 10, 2023

PACIFIC JUSTICE INSTITUTE
*/s/ RAY D. HACKE*
Ray D. Hacke, OSB No. 173647
Attorney for Plaintiff

___

Motion to Dismiss

1

## PROOF OF SERVICE

I am employed in the County of Marion, State of Oregon. I am over the age of eighteen and not a party to the within action; my business address is 317 Court St. NE, Suite 202, Salem, OR 97301.

On or about May 10, 2023, I served the following documents on the interested parties by placing a true copy thereof enclosed in sealed envelope(s), or by attaching it to the body of an electronic mail, addressed to said parties:

**MOTION TO DISMISS CASE WITH PREJUDICE**

### PLEASE SEE ATTACHED SERVICE LIST

\_\_\_\_\_BY MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same date with postage thereon fully prepaid at Salem, Oregon in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_BY PERSONAL SERVICE: I caused such documents to be delivered by hand to the office of the addressee(s).

\_\_X\_\_BY ELECTRONIC MAIL: I caused such documents to be delivered via electronic mail to the office of the addressee(s).

\_\_\_\_\_(State) I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

\_\_X\_\_(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 10, 2023, at Salem, Oregon.

*/s/ LAUREN PEFFERLE*
Lauren Pefferle

## SERVICE LIST

Maryann Yelnosky
Fran Barnwell
Attorneys for Defendants
Arbor Employment Law
200 SW Market St.
Suite 900
Portland, OR 97201
E-mail: maryann@arboremployment.com
fran@arboremployment.com